UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF APPLICATION OF ) <br> THE UNITED STATES OF AMERICA FOR ) <br> AUTHORIZATION FOR A SEARCH ) <br> WARRANT ) <br> ) <br> ) <br> ) <br> ) | Dkt. Nos. 23-MJ-5053-JGD <br><br> **FILED UNDER SEAL** |

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the application, supporting affidavit, warrant, this motion, any ruling on this motion, and all related paperwork until further order of this Court, except that the United States may serve a copy of the warrant when required to do so. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.

*Motion to seal allowed*
*Feb 14, 2023*
*Judith Gail Dein*
*U.S.M.J.*

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  */s/ Leah B. Foley*
LEAH B. FOLEY
Assistant U.S. Attorney

Dated: February 14, 2023