UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION FOR A SEARCH WARRANT | ) ) ) ) ) ) ) Dkt. No. 23-MJ-5053-JGD  **FILED UNDER SEAL** |

MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the search warrant application, warrant, this motion, and all related paperwork. In support of this motion, the government states that the public disclosure of these materials at this juncture will no longer jeopardize the government's ongoing investigation.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  /s/ Leah B. Foley
LEAH B. FOLEY
Assistant U.S. Attorney

Dated: February 16, 2023